**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHILIP TRIFILETTI : <br> Plaintiff : <br> vs. : <br> : <br> KWAME BOAHEN : <br> : <br> and : <br> : <br> ENVIRO EXPRESS INC. : <br> : <br> : <br> Defendants : <br> : <br> : <br> : | DOCKET NO.: 2:18-cv-00103 <br><br><br> Plaintiff, Philip Trifiletti's, Motion to Join Defendants' Motion to Transfer Venue <br><br><br> Atty ID: 67274 |

**O R D E R**

AND, NOW, this_____ day of _____, 2018, upon consideration of Plaintiff, Philip Trifiletti's Motion for Joinder in Defendants' Motion to Transfer Venue to the United States District Court for the District of Connecticut, it is ORDERED AND DECREED that said Motion to Join is Granted, and further ORDERED AND DECREED that this action is transferred to the United States District Court for the District of Connecticut.

BY THE COURT:

_____
J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PHILIP TRIFILETTI | : | |
|     Plaintiff | : | |
| vs. | : | DOCKET NO.: 2:18-cv-00103 |
| | : | |
| KWAME BOAHEN | : | |
| | : | |
| and | : | |
| | : | |
| ENVIRO EXPRESS INC. | : | Plaintiff, Philip Trifiletti's, Motion to Join Defendants' Motion to Transfer Venue |
| | : | |
|     Defendants | : | |
| | : | |
| | : | |
| | : | Atty. ID: 67274 |

**PLAINTIFF, PHILIP TRIFILETTI'S, MOTION FOR JOINDER IN DEFENDANTS', KWAME BOAHEN AND ENVIRO EXPRESS, INC., MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

    Plaintiff, Philip Trifiletti, by and through his undersigned Counsel, Charles L. Leone, Esquire, hereby moves to join Defendant, Kwame Boahen's and Enviro Express, Incorporated's, Motion to Transfer Venue to the United States District Court for the District of Connecticut and avers as follows:

1. On or about February 26, 2018, Defendants, Kwame Boahen and Enviro Express, Inc., through Counsel, filed a Motion to Transfer Venue to the United States District Court for the District of Connecticut.

2. Plaintiff, Philip Trifiletti, wishes to join in Defendants' Motion and, with the permission of this Honorable Court, incorporates the factual averments and legal arguments as set forth in Defendants' Motion.

3. Plaintiff, Philip Trifiletti, hereby seeks to join in Defendants' Motion and he respectfully requests the Court enter an Order transferring the instant action to the United States District Court for the District of Connecticut.

WHEREFORE, Plaintiff, Philip Trifiletti, respectfully moves for permission to join in Defendants' Motion to Join, and further, that this matter be transferred to the United States District Court for the District of Connecticut.

Respectfully submitted,

LAW OFFICE OF LOUIS R. BUSICO

/S/

Charles L. Leone, Esquire
Atty. ID 67274
133 N. State Street
Newtown, PA 18940
(215) 504-2930
Attorney for Plaintiff, Philip Trifiletti

# **CERTIFICATE OF SERVICE**

      I, Louis R. Busico, Esquire, certify that I have served a copy of the attached Motion for Enlargement of Time for Filing Pre-Trial Motions upon the following individuals on via ECF:

The Honorable Petrese B. Tucker
United States District Court for the Eastern District of Pennsylvania
Room 16613
601 Market Street
Philadelphia, PA   19106

Robyn D. Kazatsky, Esquire
Salmon, Ricchezza, Singer & Turchi LLP
1601 Market Street
Suite 1700
Philadelphia, PA 19103

Kate Barkmann
Clerk of Courts Office
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA   19106

    Respectfully submitted,

    /S/
    Charles L. Leone, Esquire
    Attorney for Plaintiff, Philip Trifiletti